IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:16cr83HSO-JCG

MELISSA BREWER

18 U.S.C. § 1952(a)(3)

**The United States Attorney charges:**

COUNT 1

That on or about February 11, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **MELISSA BREWER**, did travel in interstate commerce from the State of Texas to the Southern District of Mississippi and elsewhere, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, the unlawful activity being a business enterprise involving the distribution of a controlled substance, that is transporting methamphetamine, and thereafter did perform acts and attempt to perform acts to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of the unlawful activity, in violation of Section 1952(a)(3), Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney