CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

1:16cr83 HSO-JCG

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

CITY: Gulfport
COUNTY: Harrison

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 24 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: Melissa Brewer

**U.S. ATTORNEY INFORMATION:**

AUSA  John Meynardie      BAR # 9912

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE 2/12/16

X  ALREADY IN FEDERAL CUSTODY AS OF 2/12/16
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1   ___ PETTY   ___ MISDEMEANOR   1  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:1952-7460.F | 18 USC § 1952(a)(3) | Interstate & Foreign Travel or Transportation in Aid of Racketeerring Enterprises | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 10/23/16      SIGNATURE OF AUSA: _Meynardie_

(Revised 2/26/10)