**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT**

| UNITED STATES OF AMERICA | PLAINTIFF |
|---|---|
| v. | Criminal No.: 1:16cr83 HSO-JCG |
| MELISSA R. BREWER | DEFENDANTS |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW, the defendant Melissa Brewer, by and through counsel, Luke D. Wilson, and files this Notice of Intent to Plead Guilty in the above-captioned case.

Respectfully submitted, this the 25th day of October, 2016.

/s/ Luke D. Wilson
LUKE D. WILSON
P.O. Box 1926
Gulfport MS 39502
(228) 731-4003
(228) 205-4464
MS Bar No. 102198
luke@WilsonForTheDefense.com

***Attorney for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above instrument was served pursuant to Federal Rules by filing the same in ECF on the 25th day of October, 2016.

/s/ Luke D. Wilson
LUKE D. WILSON