| | | |
|---|---|---|
| PROB 22 (Rev. 12/13) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* <br> 0538 1:16CR00083-001 |
| | | DOCKET NUMBER *(Rec. Court)* <br> **4:21CR5-6 KE** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
Oct 21 2021
ARTHUR JOHNSTON, CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br> Melissa Brewer <br> Spring, TX 77373 | DISTRICT <br> Southern District of Mississippi | DIVISION <br> SOUTHERN <br> (Gulfport) |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> The Honorable Halil Suleyman Ozerden <br> U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/15/2020 — TO 05/14/2023 |

OFFENSE
18 U.S.C § 1952(a)(3) Interstate Travel in Aid of an Unlawful Activity

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"Southern District of Mississippi"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF TEXAS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/15/2021
Date

_____
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF TEXAS - HOUSTON**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/13/2021
Effective Date

_George C. Hanks Jr_
United States District Judge