**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF MISSISSIPPI**



*MEMORANDUM*

**TO:** Clerk, United States District Court
P.O. Box 61010
Houston, TX 77208

**DATE:** October 21, 2021

**FROM:** ARTHUR JOHNSTON, CLERK
By: J. Hough, Deputy Clerk

**SUBJECT:** Transfer of Jurisdiction of Supervised Release
USA vs. Melissa Brewer
Criminal Case No. 1:16cr83 HSO-JCG

To effect transfer of jurisdiction in the above matter the following documents are enclosed.

1. Certified copy of Transfer of Jurisdiction form executed by both transferring and receiving Judges;

2. Certified copy of Judgment, Information, and docket sheet.

Please stamp the enclosed copy of the memorandum "received" and return to us in the enclosed, stamped, self-addressed envelope.

Thank you.

By: J. Hough, Deputy Clerk

Encl.

